**Order entered September 3, 2020**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00058-CV

### KEN PAXTON AND THE STATE OF TEXAS, Appellants

### V.

### ARNIEKA SIMMONS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07822**

### ORDER

Before the Court is appellee's September 2, 2020 unopposed second motion

for an extension of time to file her combined appellee/cross-appellant's brief.  We

**GRANT** the motion.  We **ORDER** the combined brief tendered to this Court by

appellee on September 1, 2020 filed as of the date of this order.

/s/   KEN MOLBERG
JUSTICE